| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2013 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Gillmor, Helen | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>04/07/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Senior U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination　　Date<br>☐ Initial　☑ Annual　☐ Final<br><br>5b. ☐　Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |
| 7. Chambers or Office Address<br><br>300 Ala Moana Blvd<br>Room C-400<br>Honolulu, Hawaii 96850 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐　NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.　Director | Hawaii Women's Legal Foundation |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑　NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | 01-12/2013 | Pension from State of Hawaii 01/01/2013-12/31/2013) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | American Conference Institute | January 17-18 | San Diego, CA | Speaker | Airfare, Hotel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 04/07/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 04/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   IRA # 1 Charles Schwab (H) | | | | | | | | | |
| 2.   -Apollo Inv | B | Dividend | | | Sold (part) | 01/09/13 | J | | |
| 3. | | | | | Sold (part) | 06/14/13 | J | | |
| 4. | | | | | Sold (part) | 11/12/13 | J | | |
| 5. | | | | | Sold | 11/21/13 | J | | |
| 6.   -Banco Santander | A | Dividend | J | T | | | | | |
| 7.   -Carnival Corp | A | Dividend | J | T | | | | | |
| 8.   -Chesapeake Energy | A | Dividend | J | T | | | | | |
| 9.   -CIFC (Deerfield) | | None | | | Sold | 06/13/13 | J | | |
| 10.  -Cisco Systems | A | Dividend | J | T | | | | | |
| 11.  -Citigroup | A | Dividend | J | T | | | | | |
| 12.  -Commonwealth REIT | A | Dividend | K | T | Sold (part) | 02/23/13 | J | A | |
| 13. | | | | | Sold (part) | 03/11/13 | J | A | |
| 14.  -Cohen & Steers REIT | A | Dividend | K | T | Sold (part) | 03/14/13 | J | | |
| 15. | | | | | Sold (part) | 06/01/13 | J | | |
| 16.  -Co. Vale de Rio | A | Dividend | J | T | | | | | |
| 17.  -Conoco Phillips | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 04/07/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -Diana Shipping | | None | J | T | Buy (add'l) | 05/01/13 | J | | |
| 19.  -Duke Energy 5.125% | A | Interest | J | T | Buy | 08/02/13 | J | | |
| 20. | | | | | Buy (add'l) | 09/23/13 | J | | |
| 21.  -Equity Residential Reit | A | Dividend | J | T | Buy | 09/24/13 | J | | |
| 22.  -Exxon Mobil | A | Dividend | K | T | | | | | |
| 23.  -Freeport McMoran | A | Dividend | J | T | Buy (add'l) | 03/11/13 | J | | |
| 24. | | | | | Buy (add'l) | 04/30/13 | J | | |
| 25.  -Frontier Com | A | Dividend | J | T | | | | | |
| 26.  -Goldman Sachs | A | Dividend | K | T | | | | | |
| 27.  -Phillips 66 | A | Dividend | J | T | | | | | |
| 28.  -Plans American Pipeline | A | Dividend | J | T | | | | | |
| 29.  -Powershares Exc. Traded | A | Dividend | J | T | | | | | |
| 30.  -Prestige Brands | | None | K | T | Sold (part) | 11/21/13 | K | D | |
| 31.  -Raytheon Corp | A | Dividend | | | Sold | 11/04/13 | J | D | |
| 32.  -RuthsChris Steakhouse | | None | J | T | | | | | |
| 33.  -Stanley Black + Decker 5.75% | A | Interest | J | T | Buy | 09/10/13 | J | | |
| 34.  -Whirlpool Corp | A | Dividend | | | Sold | 09/23/13 | J | D | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 04/07/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Baron Asset Fund | B | Distribution | K | T | | | | | |
| 36. -Fidelity Canada Fund | A | Distribution | J | T | Buy | 06/13/13 | J | | |
| 37. | | | | | Buy (add'l) | 09/26/13 | J | | |
| 38. -Gabelli Asset Fund | B | Distribution | L | T | | | | | |
| 39. -Janus Research Fund (previously listed as James Fund) | B | Distribution | L | T | | | | | |
| 40. -Landus Intl Fund | A | Distribution | K | T | | | | | |
| 41. -Brokerage Money Market Fund | A | Distribution | K | T | | | | | |
| 42. Brokerage Account # 1, Charles Schwab (H) | | | | | | | | | |
| 43. -Money Market Fund | A | Distribution | J | T | | | | | |
| 44. Brokerage Account # 2, Charles Schwab (H) | | | | | | | | | |
| 45. -Scopia PX LLC | C | Distribution | M | T | | | | | |
| 46. IRA # 2, Charles Schwab (H) | | | | | | | | | |
| 47. -Advent Claymore ENHCD Fund | B | Dividend | K | T | Sold (part) | 02/08/13 | J | | |
| 48. | | | | | Sold (part) | 03/14/13 | J | | |
| 49. | | | | | Sold (part) | 05/01/13 | J | | |
| 50. | | | | | Sold (part) | 10/22/13 | J | | |
| 51. -Apollo Inv | A | Dividend | | | Sold (part) | 06/14/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 04/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 09/11/13 | J | A | |
| 53. | | | | | Sold | 12/09/13 | J | A | |
| 54.   -Ares Capital | A | Dividend | | | Buy (add'l) | 05/23/13 | J | | |
| 55. | | | | | Sold (part) | 09/18/13 | J | | |
| 56. | | | | | Sold (part) | 09/25/13 | J | | |
| 57. | | | | | Sold | 12/06/13 | J | A | |
| 58.   -Atlantic Power | A | Dividend | J | T | Buy | 11/08/13 | J | | |
| 59. | | | | | Buy (add'l) | 11/26/13 | J | | |
| 60. | | | | | Buy (add'l) | 12/03/13 | J | | |
| 61.   -Brasil Telecom | | None | | | Sold | 01/02/13 | J | A | |
| 62.   -Blackrock Kelso | A | Dividend | J | T | Sold (part) | 02/19/13 | J | A | |
| 63. | | | | | Sold (part) | 05/08/13 | J | A | |
| 64.   -Cohen & Steers REIT | B | Dividend | K | T | Sold (part) | 02/01/13 | J | | |
| 65. | | | | | Sold (part) | 02/12/13 | J | | |
| 66. | | | | | Sold (part) | 03/14/13 | J | | |
| 67.   -Commonwealth REIT | A | Dividend | J | T | Sold (part) | 02/22/13 | J | A | |
| 68.   -Compass Diversified | A | Dividend | J | T | Buy (add'l) | 08/19/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 04/07/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Frontier Communications | A | Dividend | J | T | Buy | 01/09/13 | J | | |
| 70. | A | Dividend | | | Buy (add'l) | 09/20/13 | J | | |
| 71. | A | Dividend | | | Buy (add'l) | 12/02/13 | J | | |
| 72. -Invesco Corp | A | Dividend | J | T | | | | | |
| 73. -OSIA ADR (formerly Brasil Telecom) | | None | | | Sold | 01/02/13 | J | | |
| 74. -Peabody Energy | A | Dividend | J | T | Buy (add'l) | 02/25/13 | J | | |
| 75. -Prospect Capital | A | Dividend | J | T | Buy (add'l) | 01/29/13 | J | | |
| 76. | | | | | Buy (add'l) | 02/20/13 | J | | |
| 77. -Solar Capital | A | Dividend | J | T | Buy | 02/11/13 | J | | |
| 78. | | | | | Buy (add'l) | 02/26/13 | J | | |
| 79. | | | | | Sold (part) | 10/10/13 | J | | |
| 80. -SPDR - Homebuilders | A | Dividend | J | T | Buy (add'l) | 02/04/13 | J | | |
| 81. -Turkish Inv Fund | A | Dividend | J | T | | | | | |
| 82. -USG Corp | | None | J | T | Buy (add'l) | 06/01/13 | J | | |
| 83. | | | | | Sold (part) | 10/21/13 | J | A | |
| 84. -Cohen & Steers Intl REIT | A | Distribution | J | T | | | | | |
| 85. -Money Market Fund | A | Distribution | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Brokerage Act. # 3, Charles Schwab (H) | | | | | | | | | |
| 87. -AT & T | A | Dividend | J | T | | | | | |
| 88. -Bank of America | A | Dividend | J | T | Buy | 01/09/13 | J | | |
| 89. -American Capital | | None | | | Sold | 06/19/13 | J | C | |
| 90. -Commonwealth REIT | A | Dividend | J | T | | | | | |
| 91. -Brokerage Money Market | A | Distribution | J | T | | | | | |
| 92. ▓▓▓ -FBO Trust # 1, Keybank (H) | | | | | | | | | |
| 93. -Abbott Labs | A | Dividend | J | T | | | | | |
| 94. -Abbvie, Inc. | | None | | | Spinoff (from line 93) | 01/02/13 | J | | |
| 95. | | | | | Sold | 01/14/13 | J | D | |
| 96. -Amazon | | None | J | T | | | | | |
| 97. -Amgen, Inc. | | None | J | T | Sold (part) | 03/14/13 | J | C | |
| 98. -Anadarko Pete | A | Dividend | J | T | | | | | |
| 99. -Apple Corp | | None | J | T | Sold (part) | 10/02/13 | J | | |
| 100. -AT & T | A | Dividend | | | Sold | 10/07/13 | J | | |
| 101. -Bank of Nova Scotia | A | Dividend | J | T | Sold (part) | 03/14/13 | J | A | |
| 102. -CVS/Caremark | A | Dividend | J | T | Sold (part) | 03/14/13 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 04/07/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Celgene | | None | J | T | | | | | |
| 104. -Cincinati Fin Corp | A | Dividend | J | T | | | | | |
| 105. -Coca Cola | A | Dividend | J | T | Sold (part) | 10/02/13 | J | A | |
| 106. -Disney Co. | A | Dividend | K | T | | | | | |
| 107. -EMC Corp. | A | Dividend | | | Sold | 10/02/13 | J | | |
| 108. -Exxon Mobil | A | Dividend | K | T | | | | | |
| 109. -Freeport McMoran | | None | J | T | | | | | |
| 110. -General Electric | A | Dividend | J | T | | | | | |
| 111. -General Mills | A | Dividend | J | T | Sold (part) | 01/14/13 | J | C | |
| 112. -H. J. Heinz Co. | A | Dividend | | | Sold | 06/10/13 | J | B | |
| 113. -IBM | A | Dividend | J | T | | | | | |
| 114. -Intel Corp | A | Dividend | J | T | | | | | |
| 115. -JP Morgan | A | Dividend | J | T | | | | | |
| 116. -Kraft Foods | A | Dividend | J | T | | | | | |
| 117. -Morgan Stanley | A | Dividend | J | T | | | | | |
| 118. -Oracle Corp | A | Dividend | J | T | | | | | |
| 119. -Pepsico | A | Dividend | J | T | Sold (part) | 03/14/13 | J | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Gillmor, Helen | 04/07/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -Proctor and Gamble | A | Dividend | J | T | Sold (part) | 03/14/13 | J | D | |
| 121.  -Qualcom | A | Dividend | J | T | Sold (part) | 10/02/13 | J | A | |
| 122.  -Southern Co | A | Dividend | | | Sold | 01/14/13 | J | C | |
| 123.  -Starbucks Corp | A | Dividend | J | T | | | | | |
| 124.  -Suntrust Banks | A | Dividend | J | T | | | | | |
| 125.  -Target Corp | A | Dividend | | | Sold | 10/02/13 | J | B | |
| 126.  -United Parcel Service | A | Dividend | J | T | | | | | |
| 127.  -United Technologies | A | Dividend | J | T | | | | | |
| 128.  -Verizon | A | Dividend | J | T | | | | | |
| 129.  -Visa | A | Dividend | J | T | Sold (part) | 01/14/13 | J | B | |
| 130.  -Walgreen | A | Dividend | | | Sold | 01/14/13 | J | C | |
| 131.  -Wells Fargo | A | Dividend | J | T | Sold (part) | 10/02/13 | J | A | |
| 132.  -Harbor Intl Fund | A | Dividend | M | T | Buy (add'l) | 10/03/13 | K | | |
| 133. | | | | | Buy (add'l) | 11/27/13 | K | | |
| 134.  -Ishares Emerging Mkts | A | Dividend | K | T | Buy (add'l) | 03/14/13 | J | | |
| 135.  -Ishares Mid Cap | A | Dividend | K | T | Buy (add'l) | 03/14/13 | J | | |
| 136.  -Royce Special Equity | A | Dividend | L | T | Buy (add'l) | 12/09/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 04/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -KT Short Term Fund | A | Distribution | J | T | Buy | 01/01/13 | K | | |
| 138. -Penobscot Trading Co Ltd., Honolulu HI | | None | J | U | | | | | |
| 139. Insurance Policies (H) | | | | | | | | | |
| 140. -New York Life | B | Dividend | M | U | | | | | |
| 141. -New York Life | B | Dividend | L | U | | | | | |
| 142. -MONY | A | Dividend | J | U | | | | | |
| 143. -Washington National Life | A | Dividend | J | U | | | | | |
| 144. Keybank Account (H) | | | | | | | | | |
| 145. -Apache Corp | A | Dividend | J | T | Sold (part) | 10/02/13 | J | B | |
| 146. -Apple Corp | A | Dividend | K | T | Sold (part) | 01/03/13 | J | D | |
| 147. -CVS/Caremark | A | Dividend | J | T | Sold (part) | 03/14/13 | J | D | |
| 148. -Camden National | A | Dividend | K | T | | | | | |
| 149. -Celgene | | None | J | T | | | | | |
| 150. -Chevron | A | Dividend | J | T | | | | | |
| 151. -Costco Wholesale | A | Dividend | J | T | Sold (part) | 03/14/13 | J | C | |
| 152. | | | | | Sold (part) | 10/07/13 | J | B | |
| 153. -Walt Disney Co | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 04/07/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Eaton Corp | A | Dividend | J | T | Buy | 03/14/13 | J | | |
| 155. | | | | | Sold (part) | 10/07/13 | J | A | |
| 156. -Exxon Mobil | A | Dividend | J | T | | | | | |
| 157. -General Mills | A | Dividend | J | T | | | | | |
| 158. -H.J. Heinz Co | A | Dividend | | | Sold | 06/10/13 | J | C | |
| 159. -Kraft Foods | A | Dividend | J | T | | | | | |
| 160. -Lowes Corp | A | Dividend | J | T | Sold (part) | 01/18/13 | J | B | |
| 161. -McCormack and Co | A | Dividend | | | Sold | 10/07/13 | J | A | |
| 162. -Nextera Energy | A | Dividend | J | T | Sold (part) | 01/03/13 | J | D | |
| 163. -Novartis AG | A | Dividend | J | T | Sold (part) | 10/07/13 | J | B | |
| 164. -Oracle | A | Dividend | J | T | | | | | |
| 165. -Pepsico | A | Dividend | K | T | Sold (part) | 03/19/13 | J | B | |
| 166. -Praxair | A | Dividend | J | T | Sold (part) | 01/03/13 | J | C | |
| 167. | | | | | Sold (part) | 01/03/13 | J | D | |
| 168. -Proctor & Gamble | A | Dividend | J | T | Sold (part) | 03/03/13 | J | C | |
| 169. -Qualcom, Inc. | A | Dividend | J | T | Sold (part) | 10/07/13 | J | B | |
| 170. -Teva Pharmaceuticals | A | Dividend | | | Sold | 03/14/13 | J | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 04/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -3M Corp | A | Dividend | | | Sold | 01/18/13 | J | B | |
| 172. -Travelers Cos | A | Dividend | J | T | Sold (part) | 10/07/13 | J | B | |
| 173. -United Technologies | A | Dividend | K | T | Buy | 03/14/13 | J | | |
| 174. -United Health Group | A | Dividend | J | T | | | | | |
| 175. -Verizon | A | Dividend | J | T | | | | | |
| 176. -Wells Fargo | A | Dividend | J | T | Sold (part) | 10/07/13 | J | A | |
| 177. -Harbor Int'l Fund | A | Dividend | J | T | Sold (part) | 09/10/13 | J | C | |
| 178. -I Shares Mid-Cap | A | Dividend | M | T | | | | | |
| 179. -I Shares Small-Cap | A | Dividend | L | T | Sold (part) | 09/12/13 | K | C | |
| 180. -Neuberger Berman Emrg Mkts | A | Dividend | K | T | Buy | 09/10/13 | K | | |
| 181. -Vangaurd Emerging Markets Fund | A | Dividend | J | T | Buy (add'l) | 03/14/13 | J | | |
| 182. -Federated Tax Free Obligations Fund (f/k/a Federal TaxFreeFund | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 04/07/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The following were errors on the 2012 Report:

Key Bank Small Cap Fund was sold 2/21/12 A, Dividend, L, D. Then named KT Small Cap Fund - it was mistakenly reported as still in the acount on 12/13/12 because the account also showed an asset called KT Short Term Fund.

3M was sold on 2/23/12 K D. It should not have been reported at year's end.

MetLife was sold (loss) on 6/13/12 J. It should not have been reported at year's end.

Devon Energy was a partial sale on 02/17/12 and 6/13/12. There was a final sale on 10/31/12, which was shown as a partial sale on the 2012 report. That sale should have been shown as a complete and final sale on the 2012 report. All sales were J C.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Helen Gillmor**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544